# UNITED STATES BANKRUPTCY COURT

In re Robin L Thibodeaux Jr
_Debtor_

Case No. 10-80188

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: September

Date filed: 2/5/2010

Line of Business: trucking

NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_Original Signature of Responsible Party_

Robin L. Thibodeaux, Jr.
_Printed Name of Responsible Party_

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | Yes | No |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☑ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☑

15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☑

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☑

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☑

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX
OBLIGATIONS? ☑ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 68,992.41

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ —

Cash on Hand at End of Month $ —

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** $ 68,992.41

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 51,681.04

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 68,992.41

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 51,681.04

*(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** $ 17,311.37

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 2582.71

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 97,910.10

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 9

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 9

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ —

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ —

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ —

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ —

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 75,000 | $ 68,992.41 | $ 6,007.59 |
| EXPENSES | $ 39,975 | $ 51,681.04 | $ 11,706.04 |
| CASH PROFIT | $ 35,025 | $ 17,311.37 | $ 17,713.63 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:        $ 75,000

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:        $ 39,975

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:        $ 35,025

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# Robin Thibodeaux Trucking, LLC
## Profit & Loss
### September 2010

|  | Sep 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · Income | 5,158.72 |
| 4100 · Income-Bark | 27,565.50 |
| 4110 · Income-Sand & Gravel | 1,132.07 |
| 4130 · Income-Biomass | 35,136.12 |
| **Total Income** | 68,992.41 |
| **Cost of Goods Sold** | |
| 6395 · Tires and Tire Repairs | 2,096.49 |
| 6400 · Repairs and Maintenance | 1,211.51 |
| 6405 · Parts Expense | 3,081.21 |
| 6440 · Fuel and Oil | 18,015.68 |
| **Total COGS** | 24,404.89 |
| **Gross Profit** | 44,587.52 |
| **Expense** | |
| 6010 · Salaries and Wages | 20,270.23 |
| 6030 · Fica Tax Expense | 1,545.24 |
| 6031 · Unemployment Tax Expense | 23.88 |
| 6130 · Bank Charges | 120.06 |
| 6200 · Contract Hauling | 1,132.54 |
| 6280 · Dues and Subscriptions | 301.00 |
| 6410 · Shop Supplies | 1,106.76 |
| 6480 · Insurance Expense | |
| 6481 · Insurance-Vehicle | -8,561.15 |
| 6482 · Insurance-Worker's Comp | 3,103.91 |
| 6480 · Insurance Expense - Other | 559.46 |
| **Total 6480 · Insurance Expense** | -4,897.78 |
| 6550 · Legal and Professional | 1,500.00 |
| 6560 · Payroll Expenses | 2,832.24 |
| 6680 · Office Supplies and Expense | -152.42 |
| 6690 · Uniforms | 228.86 |
| 6830 · Taxes-Other | 1,590.00 |
| 6850 · Telephone Expense | 715.70 |
| 6875 · Towing | 0.00 |
| 7000 · Vehicle Expense-F250 | 959.84 |
| **Total Expense** | 27,276.15 |
| **Net Ordinary Income** | 17,311.37 |
| **Net Income** | 17,311.37 |

10-80188 - #115  File 10/14/10  Enter 10/14/10 09:32:57  Main Document  Pg 5 of 40

# Robin Thibodeaux Trucking, LLC
## Balance Sheet
### As of September 30, 2010

|  | Sep 30, 10 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1001 · First Federal Bank | -7,970.41 |
| 1002 · Red River Bank | -628.25 |
| 1003 · Evangeline-Business | -19,159.69 |
| 1004 · Evangeline-Payroll | 4,294.65 |
| **Total Checking/Savings** | -23,463.70 |
| **Accounts Receivable** | |
| 1201 · Accounts Receivable | 4,858.99 |
| **Total Accounts Receivable** | 4,858.99 |
| **Other Current Assets** | |
| 1200 · Advances-Employees | 1,855.37 |
| 1202 · A/R-Offset | -4,184.68 |
| 1499 · Undeposited Funds | 24,817.37 |
| **Total Other Current Assets** | 22,488.06 |
| **Total Current Assets** | 3,883.35 |
| **Fixed Assets** | |
| 1500 · Office Equipment | 6,276.87 |
| 1501 · Transportation Equipment | 1,071,745.99 |
| 1506 · Leasehold Improvements | 1,788.16 |
| 1509 · Accumulated Depreciation | -908,722.49 |
| **Total Fixed Assets** | 171,088.53 |
| **TOTAL ASSETS** | **174,971.88** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 · Accounts Payable | 335.00 |
| **Total Accounts Payable** | 335.00 |
| **Credit Cards** | |
| 1060 · Applied Bank | 249.72 |
| **Total Credit Cards** | 249.72 |
| **Other Current Liabilities** | |
| 2001 · A/P-Offset | 1,080.07 |
| 2100 · Payroll Liabilities | 693.85 |
| 2110 · FICA W/H | 209,347.56 |
| 2120 · FIT W/H | 56,786.00 |
| 2130 · SIT W/H | 19,655.38 |
| 2135 · FUTA Payable | 2,438.98 |
| 2136 · SUTA Payable | 2,556.70 |
| 2140 · Prior Years Unemployment Taxes | 950.32 |
| 2150 · Garnishments Withheld | 1,576.08 |
| 2155 · Prior years Fed & Fica Payable | 232,254.56 |
| 2156 · 3 Qrts 2005 Fed & Fica Payable | 68,409.60 |
| **Total Other Current Liabilities** | 595,749.10 |
| **Total Current Liabilities** | 596,333.82 |

# Robin Thibodeaux Trucking, LLC
## Balance Sheet
### As of September 30, 2010

|  | Sep 30, 10 |
|---|---|
| **Long Term Liabilities** |  |
| 2502 · 06KW3655 | 58,400.79 |
| 2503 · 06KW3374 | 46,598.67 |
| 2504 · FCC#001 | 32,305.84 |
| 2506 · WF2Peerlesstrlrs | 7,751.84 |
| 2507 · 07PeteGECapital | 48,136.40 |
| 2508 · 95 Grapple TN Comm | 39,281.53 |
| 2509 · 06gallegosdumpTCF | 35,543.14 |
| 2540 · NP- Paccar Financial 05 PB | -2,950.53 |
| 2551 · TCF Equipment Finance | 60,864.69 |
| 2571 · FMC#3669 | 15,438.88 |
| **Total Long Term Liabilities** | 341,371.25 |
| **Total Liabilities** | 937,705.07 |
| **Equity** |  |
| 3100 · Draw | -70,807.03 |
| 3105 · Draw-Medical | -360.54 |
| 3900 · Retained Earnings | -721,935.75 |
| Net Income | 30,370.13 |
| **Total Equity** | -762,733.19 |
| **TOTAL LIABILITIES & EQUITY** | 174,971.88 |

10-80188 - #115  File 10/14/10  Enter 10/14/10 09:32:57  Main Document   Pg 7 of 40

# Robin Thibodeaux Trucking, LLC
## A/P Aging Summary
### As of September 30, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Affordable Tarp II, LLC | 0.00 | 625.38 | 0.00 | 0.00 | 0.00 | 625.38 |
| Cintas | 29.72 | 32.94 | 0.00 | 0.00 | 0.00 | 62.66 |
| IESI- House/Harmony | 0.00 | 147.32 | 0.00 | 0.00 | 0.00 | 147.32 |
| IESI - Shop | 0.00 | 152.27 | 0.00 | 0.00 | 0.00 | 152.27 |
| Lott Oil company | 518.21 | 45.34 | 0.00 | 0.00 | 0.00 | 563.55 |
| Michael H. Davis | 0.00 | 0.00 | 0.00 | 335.00 | 0.00 | 335.00 |
| TXI Operations | 0.00 | 696.53 | 0.00 | 0.00 | 0.00 | 696.53 |
| TOTAL | 547.93 | 1,699.78 | 0.00 | 335.00 | 0.00 | 2,582.71 |

# Robin Thibodeaux Trucking, LLC
## A/R Aging Summary
### As of September 30, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| BDF Brokerage | 1,485.00 | 9,652.50 | 0.00 | 0.00 | 0.00 | 11,137.50 |
| DSO | 0.00 | 25,513.03 | 26,854.80 | 29,375.78 | 5,000.00 | 86,743.61 |
| Harmony Center Changes Group Home | 0.00 | -141.01 | 0.00 | 0.00 | 0.00 | -141.01 |
| J & P Farms | 0.00 | 0.00 | 0.00 | 0.00 | 170.00 | 170.00 |
| TOTAL | 1,485.00 | 35,024.52 | 26,854.80 | 29,375.78 | 5,170.00 | 97,910.10 |



## CHECKING | SAVINGS | CDS | IRAS | LOANS

ᵗ||¹··||₁ᵤ||||₁ᵗ|ₙ|ᵤ|||₁|ᵗ₁·ᵣ·₁|·||₁ᵤᵗ|·|₁|·|ᵗ₁ᵤ₁||||||

ROBIN L THIBODEAUX JR
DEBTOR IN POSSESSION
CASE # 10-80188          107587
8307 HWY 71 S
LECOMPTE LA  71346


1-800-655-BANK (2265)
*Available 24/7*


www.capitalonebank.com
*Go green with online statements*


Visit your local branch

▸ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

Turn off the Paper and get your statements online! It's the safe and convenient way to track your account transactions 24/7 through a secure Web site.
Enroll at capitalonebank.com.

### Completely Free Checking

| | | | |
|---|---|---|---|
| Previous Balance  08/18/10 | $444.45 | Number of Days in Cycle | 33 |
| 6 Deposits/Credits | $3,950.00 | Minimum Balance This Cycle | -$119.47 |
| 42 Checks/Debits | -$3,671.98 | Average Collected Balance | $644.73 |
| Service Charges | $0.00 | | |
| Ending Balance 09/20/10 | $722.47 | | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,



MEMBER
FDIC



# Capital One Bank

CHECKING | SAVINGS | CDS | IRAS | LOANS

ROBIN L THIBODEAUX JR
DEBTOR IN POSSESSION
CASE # 10-80188

## Completely Free Checkin

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 08/19 | $750.00 | $1,194.45 | Deposit | Customer deposit | |
| 08/19 | -$96.73 | $1,097.72 | Debit | Purchase with ATM card #02715 ALBERTSON 195901 081910 2265 S. MACARTHUR DR ALEXANDRIA    LA | 6878 |
| 08/19 | -$33.75 | $1,063.97 | Debit | Purchase with ATM card 081710 PIGGLY WIGGLY BUNKIQPS    BUNKIE LA | 6878 |
| 08/20 | -$43.58 | $1,020.39 | Debit | Purchase with ATM card 081910 ALBERTSONS #2715  QPS ALEXANDRIA    LA | 6878 |
| 08/23 | -$50.00 | $970.39 | Check | Customer withdrawal | |
| 08/23 | -$56.49 | $913.90 | Debit | Purchase with ATM card 082010 DUGOUT BAR & GRILL    BUNKIE LA | 6878 |
| 08/23 | -$53.22 | $860.68 | Debit | Purchase with ATM card 082110 DUGOUT BAR & GRILL    BUNKIE LA | 6878 |
| 08/23 | -$48.12 | $812.56 | Debit | Purchase with ATM card 082110 CASA OLE'        OPELOUSAS    LA | 6878 |
| 08/23 | -$27.23 | $785.33 | Debit | Purchase with ATM card 081910 HARLOWS DO NUT & BAKER PINEVILLE    LA | 6878 |
| 08/23 | -$23.77 | $761.56 | Debit | Purchase with ATM card 082010 PIGGLY WIGGLY BUNKIQPS    BUNKIE LA | 6878 |
| 08/23 | -$17.54 | $744.02 | Debit | Purchase with ATM card FREDS        010001 082010 109 CHEVY LN        BUNKIE    LA | 6878 |
| 08/23 | -$13.75 | $730.27 | Debit | Purchase with ATM card 081910 CHILI'S GRI56900005694    Alexandria LA | 6878 |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,

MEMBER
**FDIC** 



ROBIN L THIBODEAUX JR
DEBTOR IN POSSESSION
CASE # 10-80188

## ACCOUNT DETAIL  CONTINUED FOR PERIOD AUGUST 19, 2010 - SEPTEMBER 20,  PAGE 3 OF 4

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 08/23 | -$6.97 | $723.30 | Debit | Purchase with ATM card<br>082110 EXXONMOBIL   47305QPS   BUNKIE<br>LA | 6878 |
| 08/25 | -$64.46 | $658.84 | Debit | Purchase with ATM card<br>082310 CHEEKS MARINE ALEXANDR   ALEX<br>LA | 6878 |
| 08/26 | -$272.33 | $386.51 | Debit | Purchase with ATM card<br>082510 FLETCHER ANIMAL CLINIC   BUNKIE<br>LA | 6878 |
| 08/26 | -$63.17 | $323.34 | Debit | Purchase with ATM card<br>PETSMART INC 101 001<br>082510 2685 S MACARTHUR DR<br>ALEXANDRIA     LA | 6878 |
| 08/26 | -$48.31 | $275.03 | Debit | Purchase with ATM card<br>082410 DUGOUT BAR & GRILL   BUNKIE<br>LA | 6878 |
| 08/27 | $750.00 | $1,025.03 | Deposit | Customer deposit | |
| 08/27 | -$45.03 | $980.00 | Debit | Purchase with ATM card<br>082510 DUGOUT BAR & GRILL   BUNKIE<br>LA | 6878 |
| 08/30 | -$80.16 | $899.84 | Debit | Purchase with ATM card<br>082610 FRESH CATCH SEAFOOD BI<br>MARKSVILLE     LA | 6878 |
| 08/30 | -$74.63 | $825.21 | Debit | Purchase with ATM card<br>082710 DUGOUT BAR & GRILL   BUNKIE<br>LA | 6878 |
| 08/30 | -$41.67 | $783.54 | Debit | Purchase with ATM card<br>082710 PIGGLY WIGGLY BUNKIQPS   BUNKIE<br>LA | 6878 |
| 08/30 | -$24.51 | $759.03 | Debit | Purchase with ATM card<br>082710 APPLEBEES 915039091509<br>ALEXANDRIA     LA | 6878 |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,



MEMBER
FDIC

# Capital One Bank

ROBIN L THIBODEAUX JR
DEBTOR IN POSSESSION
CASE # 10-80188

## ACCOUNT DETAIL    CONTINUED FOR PERIOD  AUGUST 19, 2010 - SEPTEMBER 20,

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 09/20 | -$118.22 | $948.01 | Debit | Purchase with ATM card<br>WAL-MART #1128   112801<br>091910 7162 HWY 1<br>LA                              MARKSVILLE | 6878 |
| 09/20 | -$92.48 | $855.53 | Debit | Purchase with ATM card<br>091610 RED RIVER GRILL      MARKSVILLE<br>LA | 6878 |
| 09/20 | -$72.00 | $783.53 | Debit | Purchase with ATM card<br>091710 PARAGON CASINO RESORT<br>MARKSVILLE     LA | 6878 |
| 09/20 | -$31.50 | $752.03 | Debit | Purchase with ATM card<br>091810 DUGOUT BAR & GRILL      BUNKIE<br>LA | 6878 |
| 09/20 | -$29.56 | $722.47 | Debit | Purchase with ATM card<br>091810 DUGOUT BAR & GRILL      BUNKIE<br>LA | 6878 |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| ▸ Total Overdraft Fees | $35.00 | $35.00 |
| ▸ Total NSF Fees | $0.00 | $0.00 |

## Checks  * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 1008 | 09/02 | $90.00 | 1011* | 09/10 | $70.00 | 1013* | 09/09 | $1,000.00 |
| 1009 | 08/23 | $50.00 | | | | | | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.

MEMBER
FDIC





# CHECKING | SAVINGS | CDS | IRAS | LOANS

## Completely Free Checking



#1008   09/02   $90.00



#1009   08/23   $50.00

#1011   09/10   $70.00

#1013   09/09   $1,000.00

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,

MEMBER
**FDIC**   EQUAL HOUSING LENDER

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 09/01 | -$75.17 | $683.86 | Debit | Purchase with ATM card 083110 LOWES #00586* LA | 6878 ALEXANDRIA |
| 09/02 | $750.00 | $1,433.86 | Deposit | Customer deposit | |
| 09/02 | -$90.00 | $1,343.86 | Check | Customer withdrawal | |
| 09/02 | -$8.67 | $1,335.19 | Debit | Purchase with ATM card 083110 CHEEKS MARINE ALEXAQPS LA | 6878 ALEX |
| 09/03 | -$119.03 | $1,216.16 | Debit | Purchase with ATM card 090210 ALBERTSONS #2715 QPS ALEXANDRIA LA | 6878 |
| 09/03 | -$87.01 | $1,129.15 | Debit | Purchase with ATM card 090110 PICANTE MEXICAN RESTAU LAFAYETTE LA | 6878 |
| 09/07 | -$62.92 | $1,066.23 | Debit | Purchase with ATM card 090210 DUGOUT BAR & GRILL LA | 6878 BUNKIE |
| 09/07 | -$51.65 | $1,014.58 | Debit | Purchase with ATM card 090510 CHILI'S GRI56900005694 LA | 6878 Alexandria |
| 09/09 | -$1,000.00 | $14.58 | Check | Customer withdrawal | |
| 09/09 | -$134.05 | -$119.47 | Debit | Purchase with ATM card 090410 BELLINOS RESTAURANTQPS 318-7675980 LA | 6878 |
| 09/10 | $750.00 | $630.53 | Deposit | Customer deposit | |
| 09/10 | -$70.00 | $560.53 | Check | Customer withdrawal | |
| 09/10 | -$35.00 | $525.53 | Debit | Overdraft charge DR AMT 70.00 0032709704 091010 | |
| 09/14 | -$43.58 | $481.95 | Debit | Purchase with ATM card BEDBATH&BEYOND# 890001 091410 BEDBATH&BEYOND#1289 ALEXANDRIA LA | 6878 |
| 09/15 | -$56.24 | $425.71 | Debit | Purchase with ATM card WALGREEN COMPANY 165727 091410 3333 MASONIC DRIVE ALEXANDRIA LA | 6878 |
| 09/16 | $750.00 | $1,175.71 | Deposit | Customer deposit | |
| 09/16 | $200.00 | $1,375.71 | Deposit | Customer deposit | |
| 09/16 | -$99.04 | $1,276.67 | Debit | ACH Withdrawal ATT Payment | |
| 09/16 | -$55.44 | $1,221.23 | Debit | Purchase with ATM card 091410 PIGGLY WIGGLY BUNKIQPS LA | 6878 BUNKIE |
| 09/20 | -$155.00 | $1,066.23 | Debit | Purchase with ATM card 091710 PARAGON CASINO RESORT MARKSVILLE LA | 6878 |

# THE EVANGELINE
# BANK AND TRUST COMPANY

VILLE PLATTE · CROWLEY · ALEXANDRIA · PINEVILLE, LA
Web Site: www.therealbank.com



ROBIN L THIBODEAUX JR
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE#10-80188
8307 HWY 71 SOUTH
LECOMPTE LA  71346-9512

| | |
|---|---|
| ACCOUNT TYPE: ....AL NON PERSONAL CKG | ACCOUNT NUMBER: |
| STATEMENT OPEN DATE: September 01, 2010 | OPENING BALANCE: $2,792.89 |
| STATEMENT CLOSE DATE: September 30, 2010 | CLOSING BALANCE: $2,554.98 |
| SERVICE CHARGES: $6.00 | NUMBER OF CREDITS: 10 |
| YTD INTEREST: $0 | TOTAL OF CREDITS: $84,320.62 |
| ENCLOSURES: 77 | NUMBER OF DEBITS: 96 |
| | TOTAL OF DEBITS: $84,552.53 |

## DEPOSITS AND OTHER DESCRIPTIVE ITEMS

| Date | Amount | Description |
|---|---|---|
| 9/01 | 1,132.07 CR | DDA REGULAR DEPOSIT |
| 9/03 | 6,000.00 CR | DDA REGULAR DEPOSIT |
| 9/07 | 15,500.63 CR | DDA REGULAR DEPOSIT |
| 9/13 | 6,000.00 CR | DDA REGULAR DEPOSIT |
| 9/14 | 5,733.24 CR | DDA REGULAR DEPOSIT |
| 9/17 | 1,000.00 CR | DDA REGULAR DEPOSIT |
| 9/20 | 4,000.00 CR | DDA REGULAR DEPOSIT |
| 9/22 | 4,000.00 CR | DDA REGULAR DEPOSIT |
| 9/23 | 32,888.43 CR | DDA REGULAR DEPOSIT |
| 9/28 | 8,066.25 CR | DDA REGULAR DEPOSIT |
| 9/07 | 4,941.85 | ACH XFER   SOUTHERN LOGGER 9INTBKG     09/07/10 PPD   ID # TRACE #-111100840001937 |
| 9/10 | 18.54 | Bill Pay   Entergy Services 9720570912   09/10/10 CCD   ID #-7770025669055 TRACE #-021000020925610 |
| 9/13 | 25.00 | NSF RETURNED ITEM(S) FEES |
| 9/13 | 4,453.50 | ACH XFER   SOUTHERN LOGGER 9INTBKG     09/13/10 PPD   ID # TRACE #-111100840003769 |
| 9/14 | 745.70 | UTILITY   CAVALIER TELEPHN 0000452169   09/14/10 TEL   ID #-3204977 TRACE #-021000029734707 |
| 9/14 | 232.82 | EPM PYMT   FOREMOST 1000085001   09/14/10 WEB |





# THE EVANGELINE
# BANK AND TRUST COMPANY

VILLE PLATTE · CROWLEY · ALEXANDRIA · PINEVILLE, LA
Web Site: www.therealbank.com

ROBIN L THIBODEAUX JR
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE#10-80188
8307 HWY 71 SOUTH
LECOMPTE LA  71346-9512

## DEPOSITS AND OTHER DESCRIPTIVE ITEMS

|       |          |                                                                                                 |
|-------|----------|-------------------------------------------------------------------------------------------------|
|       |          | ID #-3810067022004<br>TRACE #-021000029772673<br>Payment  ATT<br>9864031003   09/14/10 TEL      |
| 9/14  |          |                                                                                                 |
|       |          | ID #-673658001EVR1H<br>TRACE #-021000028501175<br>INS PREM  PROG SECURITY<br>9038799647   09/15/10 WEB |
| 9/15  |          |                                                                                                 |
|       |          | ID #-POL #75545339<br>TRACE #-031100209863953<br>INS PREM  PROG SECURITY<br>9038799647   09/15/10 WEB |
| 9/15  |          |                                                                                                 |
|       |          | ID #-POL #62383449<br>TRACE #-031100209863973<br>DEBIT 25  LEASINGSERVICES<br>5131500700   09/15/10 CCD |
| 9/15  |          |                                                                                                 |
|       |          | ID #-7414031001<br>TRACE #-043000099829723<br>ELEC REMIT AMERICAN EXPRESS<br>0005000008   09/15/10 PPD |
| 9/15  |          |                                                                                                 |
|       |          | ID #-100914051948291<br>TRACE #-053102533790805<br>INS PREM  PRUDENTIAL<br>9478857101   09/15/10 PPD |
| 9/15  |          |                                                                                                 |
|       |          | ID #-2V6047426010257<br>TRACE #-021000023292042<br>INS PREM  PRUDENTIAL<br>9478857501   09/15/10 PPD |
| 9/15  |          |                                                                                                 |
|       |          | ID #-2L1020439010257<br>TRACE #-021000023299111<br>INS PREM  PRUDENTIAL INS<br>9478857001   09/15/10 PPD |
| 9/15  |          |                                                                                                 |
|       |          | ID #-0R6105393N ORL5<br>TRACE #-021000025468444<br>Fee PB  LEASINGSERVICES<br>5131500700   09/15/10 CCD |
| 9/15  |          |                                                                                                 |
|       |          | ID #-7414031001<br>TRACE #-043000099829813<br>ONLINE PMT WELLS FARGO FINA<br>1421186565   09/16/10 CCD |
| 9/16  |          |                                                                                                 |
|       |          | ID #-1054115280<br>TRACE #-091000011898683<br>WEB TRANS therealbank<br>1720180410   09/16/10 PPD |
| 9/16  |          |                                                                                                 |
|       |          | ID #-436235150<br>TRACE #-065202440000063<br>CC PAYMENT APPLIED BANK                            |
| 9/16  |          |                                                                                                 |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

# THE EVANGELINE
# BANK AND TRUST COMPANY

VILLE PLATTE · CROWLEY · ALEXANDRIA · PINEVILLE, LA
Web Site: www.therealbank.com



**FDIC**
Each depositor insured to $100,000
FEDERAL DEPOSIT INSURANCE CORPORATION

ROBIN L THIBODEAUX JR
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE#10-80188
8307 HWY 71 SOUTH
LECOMPTE LA  71346-9512

## DEPOSITS AND OTHER DESCRIPTIVE ITEMS

|  |  |  |
|---|---|---|
|  |  | 9CCBSGL000   09/16/10 WEB |
|  |  | ID #-F6255FC |
|  |  | TRACE #-031100960690920 |
| 9/17 | ~~25.00~~ | NSF RETURNED ITEM(S) FEES |
| 9/20 | ~~9,493.04~~ | ACH XFER   SOUTHERN LOGGER |
|  |  | 9INTBKG      09/20/10 PPD |
|  |  | ID #- |
|  |  | TRACE #-111100840002185 |
| 9/21 | ~~400.24~~ | BILL PAY   CLECO POWER |
|  |  | 0000007041   09/21/10 WEB |
|  |  | ID #-5101490 |
|  |  | TRACE #-021000029504885 |
| 9/21 | ~~10.74~~ | BILL PAY   CLECO POWER |
|  |  | 0000007041   09/21/10 WEB |
|  |  | ID #-5101500 |
|  |  | TRACE #-021000029504894 |
| 9/21 | ~~8.50~~ | 1X PAYMENT KUBRACLECO1XPAY |
|  |  | 0000007041   09/21/10 WEB |
|  |  | ID #-5099369 |
|  |  | TRACE #-021000029504066 |
| 9/21 | ~~3.50~~ | 1X PAYMENT KUBRACLECO1XPAY |
|  |  | 0000007041   09/21/10 WEB |
|  |  | ID #-5099371 |
|  |  | TRACE #-021000029504068 |
| 9/23 | ~~451.50~~ | EPM PYMT   FOREMOST |
|  |  | 1000085001   09/23/10 WEB |
|  |  | ID #-3810067848296 |
|  |  | TRACE #-021000028155279 |
| 9/24 | ~~1,000.00~~ | WEB TRANS  therealbank |
|  |  | 1720180410   09/24/10 PPD |
|  |  | ID #-436235150 |
|  |  | TRACE #-065202440000081 |
| 9/27 | ~~4,702.22~~ | ACH XFER   SOUTHERN LOGGER |
|  |  | 9INTBKG      09/27/10 PPD |
|  |  | ID #- |
|  |  | TRACE #-111100840002059 |
| 9/28 | ~~221.00~~ | month srv  Fleetmatics USA |
|  |  | 1201799583   09/28/10 CCD |
|  |  | ID #-72-0809000 |
|  |  | TRACE #-011000132510185 |
| 9/30 | 5,000.00 | WEB TRANS  therealbank |
|  |  | 1720180410   09/30/10 PPD |
|  |  | ID #-436235150 |
|  |  | TRACE #-065202440000065 |
| 9/30 | ~~6.00~~ | SERVICE CHARGE |





**THE EVANGELINE**
**BANK AND TRUST COMPANY**

VILLE PLATTE • CROWLEY • ALEXANDRIA • PINEVILLE, LA
Web Site: www.therealbank.com

ROBIN L THIBODEAUX JR
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE#10-80188
8307 HWY 71 SOUTH
LECOMPTE LA  71346-9512

## CHECK TRANSACTIONS

| Date | | Serial | Amount | Date | | Serial | Amount |
|------|---|--------|--------|------|---|--------|--------|
| 9/13 | | 1298 | | 9/10 | | 1299 | |
| 9/10 | * | 1323 | | 9/10 | * | 1336 | |
| 9/01 | * | 1339 | | 9/16 | * | 1341 | |
| 9/01 | * | 1344 | | 9/03 | * | 1346 | |
| 9/01 | | 1347 | | 9/13 | | 1348 | |
| 9/01 | * | 1350 | | 9/09 | | 1351 | 500.00 |
| 9/08 | | 1352 | 1236.24 | 9/08 | | 1353 | 1091.02 |
| 9/07 | | 1354 | | 9/08 | | 1355 | |
| 9/08 | | 1356 | | 9/07 | | 1357 | |
| 9/10 | | 1358 | | 9/07 | | 1359 | |
| 9/02 | | 1360 | | 9/08 | | 1361 | |
| 9/07 | | 1362 | | 9/07 | | 1363 | |
| 9/03 | | 1364 | | 9/07 | | 1365 | |
| 9/03 | | 1366 | | 9/08 | | 1367 | |
| 9/10 | | 1368 | | 9/10 | | 1369 | |
| 9/08 | | 1370 | | 9/10 | | 1371 | |
| 9/09 | | 1372 | | 9/14 | | 1373 | |
| 9/29 | | 1374 | | 9/13 | | 1375 | |
| 9/29 | * | 1377 | | 9/29 | | 1378 | |
| 9/14 | * | 1380 | | 9/15 | | 1381 | |
| 9/14 | | 1382 | 557.00 | 9/14 | | 1383 | |
| 9/15 | | 1384 | | 9/15 | | 1385 | |
| 9/17 | | 1386 | | 9/22 | | 1387 | |
| 9/17 | | 1388 | | 9/28 | | 1389 | |
| 9/20 | | 1390 | | 9/16 | | 1391 | |
| 9/20 | | 1392 | | 9/21 | | 1393 | |
| 9/24 | | 1394 | | 9/28 | | 1395 | |
| 9/23 | * | 1398 | | 9/24 | | 1399 | |
| 9/28 | | 1400 | | 9/22 | | 1401 | |
| 9/22 | | 1402 | | 9/22 | | 1403 | |
| 9/28 | | 1404 | | 9/30 | | 1405 | |
| 9/28 | * | 1407 | | 9/29 | | 1408 | |
| 9/27 | | 1409 | | 9/30 | * | 1424 | |
| 9/30 | * | 92810 | | | | | |

## BALANCE BY DATE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/31 | 2792.89 | 9/01 | 3454.42 | 9/02 | 3311.26 |
| 9/03 | 8243.02 | 9/07 | 9012.42 | 9/08 | 2702.71 |
| 9/09 | 2093.71 | 9/10 | 54.37 | 9/13 | 1052.36 |
| 9/14 | 3967.25 | 9/15 | 1059.86 | 9/16 | 25.62 |
| 9/17 | 501.94 | 9/20 | 908.44 | 9/21 | 371.26 |
| 9/22 | 873.97 | 9/23 | 33534.07 | 9/24 | 31800.91 |
| 9/27 | 25966.15 | 9/28 | 30457.79 | 9/29 | 29813.10 |

# THE EVANGELINE
## BANK AND TRUST COMPANY

VILLE PLATTE · CROWLEY · ALEXANDRIA · PINEVILLE, LA
Web Site: www.therealbank.com


FDIC
Each depositor insured to $100,000
FEDERAL DEPOSIT INSURANCE CORPORATION

ROBIN L THIBODEAUX JR
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE#10-80188
8307 HWY 71 SOUTH
LECOMPTE LA  71346-9512

9/30       2554.98



09/01/2010 $1,132.07

09/20/2010 $4,000.00

09/03/2010 $6,000.00

09/22/2010 $4,000.00

09/07/2010 $15,500.63

09/23/2010 $32,888.43

09/13/2010 $6,000.00

09/28/2010 $8,066.25

09/14/2010 $5,733.24

09/13/2010 1298 $150.00

09/10/2010 1299 $77.96

**Check 1323**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71348
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-355-652

1323

8/18/2010

PAY TO THE ORDER OF: Ameri Pride    $ **77.96

Seventy-Seven and 95/100************************ DOLLARS

Ameri Price
811 Louisville Ave
Monroe, LA 71207-4305

MEMO  12535

09/10/2010  1323  $77.96

---

**Check 1347**

1347

Charge To: 14083100008955518560424    102420103542352 PAR    08/31/10
08511064539

Pay to the order of: OFFICE DEPOT    $76.28

DOLLARS

ABA 065203567    Account 69102784    Pre-Authorized Payment

*DD1347*    *000000076 28*

09/01/2010  1347  $76.28

---

**Check 1336**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71348
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-355-652

1336

8/23/2010

PAY TO THE ORDER OF: Ameri Pride    $ **155.92

One Hundred Fifty-Five and 92/100******************* DOLLARS

Ameri Price
811 Louisville Ave
Monroe, LA 71207-4305

MEMO  12535

09/10/2010  1336  $155.92

---

**Check 1348**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71348
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-355-652

1348

8/26/2010

PAY TO THE ORDER OF: Affordable Tarp II, LLC    $ **281.68

Two Hundred Eighty-One and 68/100****************** DOLLARS

Affordable Tarp II, LLC
PO BOX 15943
Baton Rouge LA 70895

MEMO

09/13/2010  1348  $281.68

---

**Check 1339**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71348
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-355-652

1339

8/24/2010

PAY TO THE ORDER OF: A-1 New & Used Truck Parts    $ **53.61

Fifty-Three and 61/100******************************** DOLLARS

A-1 New & Used Truck Parts
3502 Mac Lee Dr.
Alexandria, LA 71302

MEMO

09/01/2010  1339  $53.61

---

**Check 1350**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71348
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-355-652

1350

8/31/2010

PAY TO THE ORDER OF: TXI Operations    $ **194.53

One Hundred Ninety-Four and 53/100***************** DOLLARS

TXI Operations
4800 Lee St.
Alexandria, La 71302

MEMO

09/01/2010  1350  $194.53

---

**Check 1341**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71348
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-322-632

1341

8/25/2010

PAY TO THE ORDER OF: Sam's Club    $ **114.45

One Hundred Fourteen and 45/100****************** DOLLARS

Sam's Club
PO Box 9001507
Louisville, KY 40290-1907

MEMO  Membership #3414 198149981

09/16/2010  1341  $114.45

---

**Check 1351**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71348
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-356-652

1351

8/31/2010

PAY TO THE ORDER OF: FCC Equipment Financing    $ **500.00

Five Hundred and 00/100*************************** DOLLARS

FCC Equipment Financing
Attn Penny McCullough
P.O. Box 56347
Jacksonville, FL 32241-8347

MEMO  001-0012752-081

*00000050000*

09/09/2010  1351  $500.00

---

**Check 1344**

PAY TO THE ORDER OF: A1 Truck Parts    $ 146 12

One hundred four six dollar and XX/XX

MEMO

09/01/2010  1344  $146.12

---

**Check 1352**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71348
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-356-652

1352

8/31/2010

PAY TO THE ORDER OF: Ford Motor Credit    $ **1,236.24

One Thousand Two Hundred Thirty-Six and 24/100***** DOLLARS

Ford Motor Credit
Drawer 55-953
PO Box 55000
Detroit, MI 48255

MEMO  August Pmt

023305468  09-08-10  03    *000001236 24*

09/08/2010  1352  $1,236.24

---

**Pre-Authorized Debit**

PRE-AUTHORIZED DEBIT    084-D356/8652
ENTRY DATE  09-03-10

AUTOZONE    TELECHK 800-697-9263PURCHASE    $75.95
9036403663  653080001    TRACE 245173901663866
EVANGELINE BK & TR CO    14083100008955345494167
ALEXANDRIA    LA 71315    1346
TRACE 245173901663866    ACCT. 69102784

*000000075959*

09/03/2010  1346  $75.95

---

**Check 1353**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71348
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-356-652

1353

8/31/2010

PAY TO THE ORDER OF: GE Capital    $ **1,091.62

One Thousand Ninety-One and 62/100***************** DOLLARS

GE Capital Solutions
Attn: Mary Catherine Call
PO Drawer 4425
Baton Rouge, LA 70821

MEMO  001194648

09/08/2010  1353  $1,091.62

**Check 1354**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717
THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-356-652
8/31/2010

PAY TO THE ORDER OF GMAC                     $ **859.74

Eight Hundred Fifty-Nine and 74/100 DOLLARS

GMAC
PO BOX 9001851
Louisville KY 40290-1951

MEMO 084-9108-27152

09/07/2010  1354  $859.74

**Check 1360**

PAY TO THE ORDER OF Timmons                  $ 143.16
One forty three + 16/100

09/02/2010  1360  $143.16

**Check 1355**

ROBIN L. THIBODEAUX JR.
PAY TO THE ORDER OF TCF Equipment Finance, INC   $ **1,000.00
One Thousand and 00/100

TCF Equipment Finance, INC.
PO Box 4130
Hopkins, MN 55343-0498

MEMO 001-0506064-500

09/08/2010  1355  $1,000.00

**Check 1361**

PAY TO THE ORDER OF Timmons                  $ 64.23
Sixty four + 23/100

09/08/2010  1361  $64.23

**Check 1356**

ROBIN L. THIBODEAUX JR.
PAY TO THE ORDER OF Tennessee Commerce       $ **857.21
Eight Hundred Fifty-Seven and 21/100

Tennessee Commerce
381 Mallory Station Rd
Suite 207
Franklin, TN 37067

MEMO 0000011324

09/08/2010  1356  $857.21

**Check 1362**

PAY TO THE ORDER OF Despinos Tire            $ 280.84
two hundred eighty + 84/100

MEMO 28-16

Robert L Thibodeaux

09/07/2010  1362  $280.84

**Check 1357**

ROBIN L. THIBODEAUX JR.
PAY TO THE ORDER OF Union Bank               $ **391.16
Three Hundred Ninety-One and 16/100

Union Bank
305 N. Main Street
Marksville, LA 71351

MEMO 8157868

09/07/2010  1357  $391.16

**Check 1363**

PAY TO THE ORDER OF NAPA                     $ 35.94
Thirty five and 94/100

09/07/2010  1363  $35.94

**Check 1358**

ROBIN L. THIBODEAUX JR.
PAY TO THE ORDER OF Wells Fargo Equipment Financing, Inc.   $ **1,140.00
One Thousand One Hundred Forty and 00/100

Wells Fargo Equipment Financing, Inc.
c/o Dennis Schmidt
733 Marquette Avenue
Suite 700
Minneapolis, MN 55402
MS File #018748.0023

09/10/2010  1358  $1,140.00

**Check 1364**

ROBIN L. THIBODEAUX JR.
PAY TO THE ORDER OF Charles E Melton III     $ **242.29
Two Hundred Forty-Two and 29/100

Charles E Melton III
17 Perry Road
Forest Hill, LA 71433

MEMO Pay Period: 08/22/2010 - 08/28/2010

09/03/2010  1364  $242.29

**Check 1359**

ROBIN L. THIBODEAUX JR.
PAY TO THE ORDER OF Commercial Specialties Agency, Inc.   $ **7,840.00
Seven Thousand Eight Hundred Forty and 00/100

Commercial Specialties Agency, Inc.
107 North Trenton Street
Ruston, LA 71270

09/07/2010  1359  $7,840.00

**Check 1365**

ROBIN L. THIBODEAUX JR.
PAY TO THE ORDER OF Misael Sanchez           $ **381.70
Three Hundred Eighty-One and 70/100

Misael Sanchez
478 Twin Bridge Rd
Apt 1409
Alexandria, LA 71303

MEMO Pay Period: 08/22/2010 - 08/28/2010

09/07/2010  1365  $381.70

Check 1366:
ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717
THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-358-652
9/3/2010
PAY TO THE ORDER OF  Robin Thibodeaux  $ *750.00
Seven Hundred Fifty and 00/100*** DOLLARS
Robin Thibodeaux
1678 Shirey Rd
Bunkie, LA 71322
MEMO
09/03/2010   1366   $750.00

Check 1372:
ROBIN L. THIBODEAUX JR.
1372
THE EVANGELINE BANK AND TRUST COMPANY
PAY TO THE ORDER OF  Southern Spring & Brake  $ 109.00
One hundred nine dollars & 00/00
09/09/2010   1372   $109.00

Check 1367:
ROBIN L. THIBODEAUX JR.
1367
PAY TO THE ORDER OF  Jim's A/4  $ 70.88
Seventy dollars one eighty five cents
09/08/2010   1367   $70.85

Check 1373:
ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
1373
9/7/2010
PAY TO THE ORDER OF  Rapides Parish Sales & Use Tax Department  $ **1,200.00
One Thousand Two Hundred and 00/100***
Rapides Parish Sales & Use Tax Department
Attn. Sheryl
PO Box 671
5606 Coliseum Blvd
Alexandria, LA 71309
09/14/2010   1373   $1,200.00

Check 1368:
ROBIN L. THIBODEAUX JR.
1368
9/3/2010
PAY TO THE ORDER OF  Ameri Pride  $ **78.60
Seventy-Eight and 60/100***
Ameri Pride
811 Louisville Ave
Monroe, LA 71207-4305
MEMO  12535
09/10/2010   1368   $78.60

Check 1374:
ROBIN L. THIBODEAUX JR.
1374
9/7/2010
PAY TO THE ORDER OF  Cintas  $ **324.94
Three Hundred Twenty-Four and 94/100***
Cintas
P.O. Box 88005
Chicago, IL 80880-1005
09/29/2010   1374   $324.94

Check 1369:
ROBIN L. THIBODEAUX JR.
1369
9/7/2010
PAY TO THE ORDER OF  LUS  $ **206.41
Two Hundred Six and 41/100***
Lafayette Utilities System
PO Box 4024
Lafayette, LA 70502-4024
MEMO  7896350409
09/17/2010   1369   $206.41

Check 1375:
ROBIN L. THIBODEAUX JR.
1375
PAY TO THE ORDER OF  Timmons  $ 91.83
Eighty one dollars & 83 XX
09/13/2010   1375   $91.83

Check 1370:
ROBIN L. THIBODEAUX JR.
1370
9/7/2010
PAY TO THE ORDER OF  Bert F Cochran  $ **1,989.56
One Thousand Nine Hundred Eighty-Nine and 56/100***
Bert F Cochran
1807 Jewell Bl
Pineville, LA 71360
09/08/2010   1370   $1,989.56

Check 1377:
ROBIN L. THIBODEAUX JR.
1377
9/8/2010
PAY TO THE ORDER OF  IESI  $ **145.38
One Hundred Forty-Five and 38/100***
IESI
1515 England Dr
Alexandria, LA 71301
MEMO  25003035
09/29/2010   1377   $145.38

Check 1371:
ROBIN L. THIBODEAUX JR.
1371
PAY TO THE ORDER OF  Despino's Tire  $ 283.95
two hundred eighty-three & 95/00
MEMO  tires
09/10/2010   1371   $283.95

Check 1378:
ROBIN L. THIBODEAUX JR.
1378
9/8/2010
PAY TO THE ORDER OF  IESI  $ **150.27
One Hundred Fifty and 27/100***
IESI- Alexandria
1515 England Dr.
Alexandria, LA 71301
MEMO  25010995
09/29/2010   1378   $150.27

### Check 1380
ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-356-682

PAY TO THE ORDER OF: South Grand
Sixty three dollars & 47/XX
$ 63.47

09/14/2010  1380  $63.47

### Check 1386
ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-356-682

9/14/2010
PAY TO THE ORDER OF: A-1 Truck Parts
three hundred thirty one and 18/100
$331.18

09/17/2010  1386  $331.18

### Check 1381
ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-356-682

9-11-10
PAY TO THE ORDER OF: NAPA
$ 20.72
Twenty and 72/100

09/15/2010  1381  $20.72

### Check 1387
ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-356-682

9/17/2010
PAY TO THE ORDER OF: Hydradyne Hydraulics
$21.34
Twenty one and 34/100

09/22/2010  1387  $21.34

### Check 1382
ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-356-682

PAY TO THE ORDER OF: Timmons
$ 357.06
Three Hundred Fifty Seven and 06/100

09/14/2010  1382  $357.06

### Check 1388
ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-356-682

9/13/2010
PAY TO THE ORDER OF: Kenworth of South Louisiana, LLC
$ **167.50
One Hundred Sixty-Seven and 50/100
Kenworth of South Louisiana
P.O. Box 1450
Grey, LA 70359

09/17/2010  1388  $167.50

### Check 1383
ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-356-682

9/10/2010
PAY TO THE ORDER OF: Southland K W
$ 161.09
One hundred sixty one and 09/100

09/14/2010  1383  $161.09

### Check 1389
ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-356-682

9/13/2010
PAY TO THE ORDER OF: Ameri Pride
$ **83.42
Eighty-Three and 42/100
Ameri Pride
811 Louisville Ave
Monroe, LA 71207-4305
12535

09/28/2010  1389  $83.42

### Check 1384
ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-356-682

9/13/2010
PAY TO THE ORDER OF: A-1 Truck Parts
$ 444.48
Four hundred forty four and 48/100

09/15/2010  1384  $444.48

### Check 1390
ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-356-682

PAY TO THE ORDER OF: Despino
$ 67.36
Sixty Seven dollars & 36/XX

09/20/2010  1390  $67.36

### Check 1385
ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-356-682

PAY TO THE ORDER OF: Bumper to Bumper
$ 47.74
Forty Seven dollars & 74/100

09/15/2010  1385  $47.74

### Check 1391
ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-356-682

9-14-10
PAY TO THE ORDER OF: South Grand Auto Farm
$ 19.79/100
Nineteen dollars & 79/100

09/16/2010  1391  $19.79



**Check 1407**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-366-662

9/23/2010

PAY TO THE ORDER OF  Department of Social Services     $ **581.52

Five Hundred Eighty-One and 52/100**************     DOLLARS

Department of Social Services
P.O. Box 260222
Baton Rouge, LA 70826

MEMO  001638234-01 Alexander

09/28/2010   1407   $581.52

**Check 1408**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-366-662

PAY TO THE ORDER OF  Lecompte Hardware     $ 24 10

Twenty four dollars 10/100     DOLLARS

MEMO

09/29/2010   1408   $24.10

**Check 1409**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-366-662

9/23/2010

PAY TO THE ORDER OF  Steven E. Pringle     $ **1,132.54

One Thousand One Hundred Thirty-Two and 54/100**************     DOLLARS

Steven E. Pringle
199 Fish Hatchery Rd
Forest Hill, LA 71430

MEMO

09/27/2010   1409   $1,132.54

**Check 1424**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HWY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-366-662

9/29/2010

PAY TO THE ORDER OF  Commercial Body Shop     $ **21,569.00

Twenty-One Thousand Five Hundred Sixty-Nine and 00/100**     DOLLARS

Commercial Body Shop
PO Box 446
Tioga La 71477

MEMO

09/30/2010   1424   $21,569.00

**Check 092810**

Robin Thibodeaux Trucking
8307 Hwy 71 South
Lecompte, LA 71346

THE EVANGELINE BANK & TRUST
3700 JACKSON ST
ALEXANDRIA, LA 71315

092810

09/28/2010

PAY TO THE ORDER OF  LA Commerce & Trade - SIF     $664.04

** Six Hundred Sixty Four and 4/100 ************************     DOLLARS

MEMO  17534 Robin Thibodeaux     $664.04

01 -1     Verbally authorized by your depositor

09/30/2010   92810   $664.04

# Robin Thibodeaux Trucking, LLC
## Reconciliation Summary
### 1003 · Evangeline-Business, Period Ending 09/30/2010

|  | Sep 30, 10 |
|---|---|
| **Beginning Balance** | 2,792.89 |
| **Cleared Transactions** | |
| Checks and Payments - 94 items | -84,558.53 |
| Deposits and Credits - 12 items | 84,320.62 |
| **Total Cleared Transactions** | -237.91 |
| **Cleared Balance** | **2,554.98** |
| **Uncleared Transactions** | |
| Checks and Payments - 29 items | -20,638.39 |
| **Total Uncleared Transactions** | -20,638.39 |
| **Register Balance as of 09/30/2010** | **-18,083.41** |
| **New Transactions** | |
| Deposits and Credits - 1 item | 5,076.30 |
| **Total New Transactions** | 5,076.30 |
| **Ending Balance** | **-13,007.11** |

# Robin Thibodeaux Trucking, LLC
## Reconciliation Detail
### 1003 · Evangeline-Business, Period Ending 09/30/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 2,792.89 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 94 items** | | | | | | |
| Bill Pmt -Check | 8/2/2010 | 1298 | Michael H. Davis | X | -150.00 | -150.00 |
| Check | 8/2/2010 | 1299 | Ameri Pride | X | -77.96 | -227.96 |
| Check | 8/16/2010 | 1323 | Ameri Pride | X | -77.96 | -305.92 |
| Check | 8/23/2010 | 1336 | Ameri Pride | X | -155.92 | -461.84 |
| Check | 8/24/2010 | 1339 | A-1 New & Used Tr... | X | -53.61 | -515.45 |
| Check | 8/25/2010 | 1341 | Sam's Club | X | -114.45 | -629.90 |
| Bill Pmt -Check | 8/26/2010 | 1348 | Affordable Tarp II, L... | X | -281.68 | -911.58 |
| Check | 8/26/2010 | 1344 | A-1 New & Used Tr... | X | -146.12 | -1,057.70 |
| Check | 8/27/2010 | 1347 | Office Depot | X | -76.28 | -1,133.98 |
| Check | 8/31/2010 | 1359 | Commercial Special... | X | -7,840.00 | -8,973.98 |
| Check | 8/31/2010 | 1352 | Ford Motor Credit | X | -1,236.24 | -10,210.22 |
| Check | 8/31/2010 | 1358 | Wells Fargo Equip... | X | -1,140.00 | -11,350.22 |
| Check | 8/31/2010 | 1353 | GE Capital Solutions | X | -1,091.62 | -12,441.84 |
| Check | 8/31/2010 | 1355 | TCF Equipment Fin... | X | -1,000.00 | -13,441.84 |
| Check | 8/31/2010 | 1354 | GMAC | X | -859.74 | -14,301.58 |
| Check | 8/31/2010 | 1356 | Tennessee Comme... | X | -857.21 | -15,158.79 |
| Check | 8/31/2010 | 1351 | FCC Equipment Fin... | X | -500.00 | -15,658.79 |
| Check | 8/31/2010 | 1357 | Union Bank | X | -391.16 | -16,049.95 |
| Bill Pmt -Check | 8/31/2010 | 1350 | TXI Operations | X | -194.53 | -16,244.48 |
| Check | 8/31/2010 | 1360 | Timmons Truck Ce... | X | -143.16 | -16,387.64 |
| Check | 9/1/2010 | 1362 | Despino's Tire Servi... | X | -280.84 | -16,668.48 |
| Check | 9/1/2010 | 1346 | AutoZone | X | -75.95 | -16,744.43 |
| Check | 9/2/2010 | 1363 | NAPA Auto Parts | X | -35.94 | -16,780.37 |
| Check | 9/3/2010 | 1366 | Robin Thibodeaux | X | -750.00 | -17,530.37 |
| Paycheck | 9/3/2010 | 1365 | Misael Sanchez | X | -381.70 | -17,912.07 |
| Paycheck | 9/3/2010 | 1364 | Charles E Melton III | X | -242.29 | -18,154.36 |
| Check | 9/3/2010 | 1368 | Ameri Pride | X | -78.60 | -18,232.96 |
| Check | 9/3/2010 | 1367 | Jim's Alternators | X | -70.85 | -18,303.81 |
| Check | 9/3/2010 | 1361 | Timmons Truck Ce... | X | -64.23 | -18,368.04 |
| Check | 9/7/2010 | EFT | Southern Loggers C... | X | -4,941.85 | -23,309.89 |
| Check | 9/7/2010 | 1370 | Bert F Cochran | X | -1,989.56 | -25,299.45 |
| Check | 9/7/2010 | 1373 | Rapides Parish Sal... | X | -1,200.00 | -26,499.45 |
| Bill Pmt -Check | 9/7/2010 | 1374 | Cintas | X | -324.94 | -26,824.39 |
| Check | 9/7/2010 | 1371 | Despino's Tire Servi... | X | -283.95 | -27,108.34 |
| Check | 9/7/2010 | 1369 | LUS | X | -206.41 | -27,314.75 |
| Check | 9/7/2010 | 1372 | Southern Spring & ... | X | -109.00 | -27,423.75 |
| Bill Pmt -Check | 9/8/2010 | 1378 | IESI - Shop | X | -150.27 | -27,574.02 |
| Bill Pmt -Check | 9/8/2010 | 1377 | IESI- House/Harmony | X | -145.38 | -27,719.40 |
| Check | 9/9/2010 | 1375 | Timmons Truck Ce... | X | -91.83 | -27,811.23 |
| Check | 9/9/2010 | EFT | Entergy | X | -18.54 | -27,829.77 |
| Check | 9/10/2010 | 1382 | Timmons Truck Ce... | X | -357.06 | -28,186.83 |
| Check | 9/10/2010 | 1383 | Kenworth of South ... | X | -161.09 | -28,347.92 |
| Check | 9/10/2010 | 1380 | South Grand Auto | X | -63.47 | -28,411.39 |
| Check | 9/10/2010 | | Evangeline Bank an... | X | -25.00 | -28,436.39 |
| Check | 9/11/2010 | 1381 | NAPA Auto Parts | X | -20.72 | -28,457.11 |
| Check | 9/13/2010 | EFT | Southern Loggers C... | X | -4,453.50 | -32,910.61 |
| Check | 9/13/2010 | EFT | Progressive Securit... | X | -910.72 | -33,821.33 |
| Check | 9/13/2010 | EFT | Cavalier Telephone | X | -715.70 | -34,537.03 |
| Check | 9/13/2010 | 1384 | A-1 New & Used Tr... | X | -444.48 | -34,981.51 |
| Check | 9/13/2010 | EFT | Progressive Securit... | X | -377.00 | -35,358.51 |
| Check | 9/13/2010 | EFT | Foremost Insurance... | X | -232.32 | -35,590.83 |
| Check | 9/13/2010 | 1388 | Kenworth of South ... | X | -167.50 | -35,758.33 |
| Bill Pmt -Check | 9/13/2010 | EFT | AT&T-8171 | X | -88.71 | -35,847.04 |
| Check | 9/13/2010 | 1389 | Ameri Pride | X | -83.42 | -35,930.46 |
| Check | 9/13/2010 | 1385 | Bumper to Bumper | X | -47.74 | -35,978.20 |
| Check | 9/14/2010 | EFT | GE Capital | X | -353.12 | -36,331.32 |
| Check | 9/14/2010 | 1386 | A-1 New & Used Tr... | X | -331.18 | -36,662.50 |
| Check | 9/14/2010 | 1390 | Despino's Tire Servi... | X | -67.36 | -36,729.86 |
| Check | 9/14/2010 | 1391 | South Grand Auto | X | -19.79 | -36,749.65 |
| Check | 9/15/2010 | EFT | Wells Fargo Financi... | X | -400.00 | -37,149.65 |
| Check | 9/15/2010 | EFT | American Express | X | -327.36 | -37,477.01 |
| Check | 9/15/2010 | EFT | Prudential Ins | X | -300.00 | -37,777.01 |
| Check | 9/15/2010 | EFT | Applied Bank | X | -200.00 | -37,977.01 |
| Check | 9/15/2010 | EFT | Prudential Ins | X | -87.65 | -38,064.66 |
| Check | 9/15/2010 | EFT | Prudential Ins | X | -38.60 | -38,103.26 |

10-80188 - #115  File 10/14/10  Enter 10/14/10 09:32:57  Main Document  Pg 29 of 40

# Robin Thibodeaux Trucking, LLC
## Reconciliation Detail
### 1003 · Evangeline-Business, Period Ending 09/30/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 9/15/2010 | 1392 | Louisiana Hydrostat... | X | -33.10 | -38,136.36 |
| Check | 9/16/2010 | 1395 | The Timbermen Fund | X | -2,439.87 | -40,576.23 |
| Transfer | 9/16/2010 | | | X | -300.00 | -40,876.23 |
| Check | 9/16/2010 | 1394 | Louisiana Hydrostat... | X | -104.19 | -40,980.42 |
| Check | 9/16/2010 | 1393 | South Grand Auto | X | -89.20 | -41,069.62 |
| Check | 9/16/2010 | | Evangeline Bank an... | X | -25.00 | -41,094.62 |
| Check | 9/17/2010 | 1398 | Rapides Truck & Tr... | X | -76.83 | -41,171.45 |
| Check | 9/17/2010 | 1387 | Hydradyne Hydraulics | X | -21.34 | -41,192.79 |
| Check | 9/20/2010 | EFT | Southern Loggers C... | X | -3,493.04 | -44,685.83 |
| Check | 9/20/2010 | EFT | Cleco | X | -403.74 | -45,089.57 |
| Check | 9/20/2010 | 1401 | Timmons Truck Ce... | X | -378.57 | -45,468.14 |
| Check | 9/20/2010 | 1400 | Ameri Pride | X | -83.42 | -45,551.56 |
| Check | 9/20/2010 | EFT | Cleco | X | -44.24 | -45,595.80 |
| Check | 9/20/2010 | 1399 | Rapides Truck & Tr... | X | -28.97 | -45,624.77 |
| Check | 9/21/2010 | 1403 | Deep South Organics | X | -3,000.00 | -48,624.77 |
| Check | 9/21/2010 | 1404 | A-1 New & Used Tr... | X | -85.38 | -48,710.15 |
| Check | 9/22/2010 | EFT | Foremost Insurance... | X | -151.50 | -48,861.65 |
| Check | 9/22/2010 | 1402 | South Grand Auto | X | -97.38 | -48,959.03 |
| Check | 9/23/2010 | 1409 | Steven  Pringle | X | -1,132.54 | -50,091.57 |
| Liability Check | 9/23/2010 | 1407 | Department of Soci... | X | -581.52 | -50,673.09 |
| Check | 9/23/2010 | 1408 | Lecompte Hardware | X | -24.10 | -50,697.19 |
| Transfer | 9/24/2010 | | | X | -1,600.00 | -52,297.19 |
| Check | 9/27/2010 | EFT | Southern Loggers C... | X | -4,702.22 | -56,999.41 |
| Check | 9/27/2010 | 1405 | Despino's Tire Servi... | X | -19.08 | -57,018.49 |
| Check | 9/28/2010 | 92810 | Louisiana Commerc... | X | -664.04 | -57,682.53 |
| Check | 9/28/2010 | EFT | FleetMatics | X | -301.00 | -57,983.53 |
| Check | 9/29/2010 | 1424 | Commercial Body S... | X | -21,569.00 | -79,552.53 |
| Transfer | 9/30/2010 | | | X | -5,000.00 | -84,552.53 |
| Check | 9/30/2010 | | | X | -6.00 | -84,558.53 |
| | | | **Total Checks and Payments** | | -84,558.53 | -84,558.53 |
| | | | **Deposits and Credits - 12 items** | | | |
| Check | 8/4/2010 | 1303 | Deep South Organics | X | 0.00 | 0.00 |
| Deposit | 9/1/2010 | | | X | 1,132.07 | 1,132.07 |
| Deposit | 9/3/2010 | | | X | 6,000.00 | 7,132.07 |
| Deposit | 9/7/2010 | | | X | 15,500.63 | 22,632.70 |
| Bill Pmt -Check | 9/9/2010 | 1379 | Spring Bayou Wate... | X | 0.00 | 22,632.70 |
| Deposit | 9/13/2010 | | | X | 6,000.00 | 28,632.70 |
| Deposit | 9/14/2010 | | | X | 5,733.24 | 34,365.94 |
| Deposit | 9/17/2010 | | | X | 1,000.00 | 35,365.94 |
| Deposit | 9/20/2010 | | | X | 4,000.00 | 39,365.94 |
| Deposit | 9/21/2010 | | | X | 4,000.00 | 43,365.94 |
| Deposit | 9/23/2010 | | | X | 32,888.43 | 76,254.37 |
| Deposit | 9/28/2010 | | | X | 8,066.25 | 84,320.62 |
| | | | **Total Deposits and Credits** | | 84,320.62 | 84,320.62 |
| | | | **Total Cleared Transactions** | | -237.91 | -237.91 |
| | | | **Cleared Balance** | | -237.91 | 2,554.98 |
| | | | **Uncleared Transactions** | | | |
| | | | **Checks and Payments - 29 items** | | | |
| Check | 8/30/2010 | 1349 | Ameri Pride | | -77.96 | -77.96 |
| Check | 9/8/2010 | 1376 | Maestri Investment... | | -1,600.00 | -1,677.96 |
| Check | 9/22/2010 | 1406 | Spring Bayou Wate... | | -37.43 | -1,715.39 |
| Check | 9/24/2010 | 1411 | Pardue's Wrecker S... | | -975.00 | -2,690.39 |
| Check | 9/24/2010 | 1412 | Rapides Parish Sal... | | -390.00 | -3,080.39 |
| Check | 9/24/2010 | 1410 | Thomas Berry | | -350.00 | -3,430.39 |
| Check | 9/24/2010 | 1413 | Mel's Machine Shop | | -74.90 | -3,505.29 |
| Bill Pmt -Check | 9/27/2010 | 1414 | Planche, Politz, & L... | | -1,500.00 | -5,005.29 |
| Check | 9/27/2010 | 1415 | Ameri Pride | | -83.42 | -5,088.71 |
| Check | 9/28/2010 | 1418 | Despino's Tire Servi... | | -253.59 | -5,342.30 |
| Liability Check | 9/28/2010 | 1419 | Brokers National Lif... | | -189.92 | -5,532.22 |
| Check | 9/28/2010 | 1417 | A-1 New & Used Tr... | | -15.39 | -5,547.61 |
| Bill Pmt -Check | 9/29/2010 | 1428 | Lott Oil company | | -2,675.40 | -8,223.01 |
| Check | 9/29/2010 | 1427 | A-1 New & Used Tr... | | -212.74 | -8,435.75 |
| Check | 9/29/2010 | 1421 | Southern Spring & ... | | -117.17 | -8,552.92 |
| Check | 9/29/2010 | 1422 | Timmons Truck Ce... | | -14.93 | -8,567.85 |

**Page 2**

# Robin Thibodeaux Trucking, LLC
## Reconciliation Detail
### 1003 · Evangeline-Business, Period Ending 09/30/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 9/30/2010 | 1433 | Paccar Financial C... | | -2,950.53 | -11,518.38 |
| Check | 9/30/2010 | 1439 | Office of Group Ben... | | -1,709.46 | -13,227.84 |
| Check | 9/30/2010 | 1430 | Ford Motor Credit | | -1,236.24 | -14,464.08 |
| Check | 9/30/2010 | 1437 | Wells Fargo Equip... | | -1,140.00 | -15,604.08 |
| Check | 9/30/2010 | 1431 | GE Capital Solutions | | -1,091.62 | -16,695.70 |
| Check | 9/30/2010 | 1434 | TCF Equipment Fin... | | -1,000.00 | -17,695.70 |
| Check | 9/30/2010 | 1432 | GMAC | | -859.74 | -18,555.44 |
| Check | 9/30/2010 | 1435 | Tennessee Comme... | | -857.21 | -19,412.65 |
| Check | 9/30/2010 | 1429 | FCC Equipment Fin... | | -500.00 | -19,912.65 |
| Check | 9/30/2010 | 1436 | Union Bank | | -391.16 | -20,303.81 |
| Bill Pmt -Check | 9/30/2010 | | IESI - Shop | | -152.27 | -20,456.08 |
| Bill Pmt -Check | 9/30/2010 | | IESI- House/Harmony | | -147.32 | -20,603.40 |
| Check | 9/30/2010 | 1425 | South Grand Auto | | -34.99 | -20,638.39 |

| | | |
|---|---|---|
| **Total Checks and Payments** | -20,638.39 | -20,638.39 |
| **Total Uncleared Transactions** | -20,638.39 | -20,638.39 |
| Register Balance as of 09/30/2010 | -20,876.30 | -18,083.41 |

**New Transactions**
**Deposits and Credits - 1 item**

| Type | Date | | | | Amount | Balance |
|------|------|--|--|--|--------|---------|
| Deposit | 10/1/2010 | | | | 5,076.30 | 5,076.30 |

| | | |
|---|---|---|
| **Total Deposits and Credits** | 5,076.30 | 5,076.30 |
| **Total New Transactions** | 5,076.30 | 5,076.30 |
| **Ending Balance** | **-15,800.00** | **-13,007.11** |



# THE EVANGELINE
# BANK AND TRUST COMPANY

VILLE PLATTE · CROWLEY · ALEXANDRIA · PINEVILLE, LA
Web Site: www.therealbank.com



ROBIN L THIBODEAUX JR
DBA ROBIN THIBODEAUX TRUCKING  PAYROLL
DEBTOR IN POSSESSION CASE#10-80188
8307 HWY 71 SOUTH
LECOMPTE LA  71346-9512

| | |
|---|---|
| ACCOUNT TYPE: ....AL NON PERSONAL CKG | ACCOUNT NUMBER: |
| STATEMENT OPEN DATE: September 01, 2010 | OPENING BALANCE: $69.55 |
| STATEMENT CLOSE DATE: September 30, 2010 | CLOSING BALANCE: $5,044.65 |
| SERVICE CHARGES: $6.16 | NUMBER OF CREDITS: 7 |
| YTD INTEREST: $0 | TOTAL OF CREDITS: $25,480.79 |
| ENCLOSURES: 39 | NUMBER OF DEBITS: 37 |
| | TOTAL OF DEBITS: $20,499.53 |

## DEPOSITS AND OTHER DESCRIPTIVE ITEMS

| Date | Amount | Description |
|---|---|---|
| 9/02 | 4,500.00 CR | DDA REGULAR DEPOSIT |
| 9/09 | 4,875.22 CR | DDA REGULAR DEPOSIT |
| 9/16 | 300.00 CR | WEB TRANS  therealbank |
| | | 1720180410   09/16/10 PPD |
| | | ID #-436235150 |
| | | TRACE #-065202440000064 |
| 9/16 | 5,336.22 CR | DDA REGULAR DEPOSIT |
| 9/23 | 3,869.35 CR | DDA REGULAR DEPOSIT |
| 9/24 | 1,600.00 CR | WEB TRANS  therealbank |
| | | 1720180410   09/24/10 PPD |
| | | ID #-436235150 |
| | | TRACE #-065202440000082 |
| 9/30 | 5,000.00 CR | WEB TRANS  therealbank |
| | | 1720180410   09/30/10 PPD |
| | | ID #-436235150 |
| | | TRACE #-065202440000066 |
| 9/08 | 96.69 | BUS PRODS  DELUXE BUS SYS. |
| | | 1411877307   09/08/10 CCD |
| | | ID #-51058850 |
| | | TRACE #-042000011723355 |
| 9/15 | 25.00 | NSF RETURNED ITEM(S) FEES |
| 9/30 | 6.16 | SERVICE CHARGE |

## CHECK TRANSACTIONS

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| 9/08 | 1244 | 829.56 | 9/07 | 1245 | 472.99 |
| 9/07 | 1246 | 872.92 | 9/07 | 1247 | 669.02 |
| 9/07 | 1248 | 320.53 | 9/07 | 1249 | 532.85 |
| 9/03 | 1250 | 671.77 | 9/14 | 1251 | 288.27 |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION



# THE EVANGELINE
## BANK AND TRUST COMPANY
VILLE PLATTE · CROWLEY · ALEXANDRIA · PINEVILLE, LA
Web Site: www.therealbank.com



Each depositor insured to $100,000
**FDIC**
FEDERAL DEPOSIT INSURANCE CORPORATION

ROBIN L THIBODEAUX JR
DBA ROBIN THIBODEAUX TRUCKING  PAYROLL
DEBTOR IN POSSESSION CASE#10-80188
8307 HWY 71 SOUTH
LECOMPTE LA  71346-9512

## CHECK TRANSACTIONS

| Date | Serial | Amount | Date | Serial | Amount |
|------|--------|--------|------|--------|--------|
| 9/13 | * 1253 | 446.36 | 9/13 | 1254 | 913.41 |
| 9/13 | 1255 | 586.29 | 9/10 | 1256 | 330.18 |
| 9/13 | 1257 | 633.80 | 9/10 | 1258 | 490.13 |
| 9/13 | 1259 | 750.00 | 9/17 | 1260 | 909.50 |
| 9/20 | 1261 | 437.32 | 9/22 | 1262 | 568.00 |
| 9/20 | 1263 | 577.21 | 9/20 | 1264 | 594.73 |
| 9/20 | 1265 | 636.13 | 9/17 | 1266 | 267.71 |
| 9/17 | 1267 | 299.34 | 9/20 | 1268 | 567.18 |
| 9/17 | 1269 | 472.85 | 9/17 | 1270 | 750.00 |
| 9/27 | 1271 | 471.95 | 9/27 | 1272 | 751.48 |
| 9/27 | 1273 | 302.10 | 9/27 | 1274 | 726.23 |
| 9/27 | 1275 | 914.72 | 9/24 | 1276 | 377.36 |
| 9/27 | 1277 | 467.80 | 9/24 | 1278 | 728.15 |
| 9/24 | 1279 | 750.00 | | | |

## BALANCE BY DATE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/31 | 69.55 | 9/02 | 4569.55 | 9/03 | 3897.78 |
| 9/07 | 1029.47 | 9/08 | 103.22 | 9/09 | 4978.44 |
| 9/10 | 4158.13 | 9/13 | 828.27 | 9/14 | 540.00 |
| 9/15 | 515.00 | 9/16 | 6151.22 | 9/17 | 3451.82 |
| 9/20 | 639.25 | 9/22 | 71.25 | 9/23 | 3940.60 |
| 9/24 | 3685.09 | 9/27 | 50.81 | 9/30 | 5044.65 |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION



THE EVANGELINE
BANK / TRUST COMPANY
CHECKING DEPOSIT
Robin Thibodeaux
BANK COPY
4,500.00 / 4,500.00
60102792
09/02/2010    $4,500.00

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING PAYROLL ACCOUNT
THE EVANGELINE BANK & TRUST CO.
ALEXANDRIA, LA 71302
1246
9/3/2010
PAY TO THE ORDER OF  Jose M Rodriguez Garcia          $ **872.92
Eight Hundred Seventy-Two and 92/100
Jose M Rodriguez Garcia
475 Twin Bridges Rd
Apt 1400
Alexandria, LA 71303
MEMO  Pay Period: 08/22/2010 - 08/28/2010
7M SEP 07 2010
09/07/2010   1246   $872.92

THE EVANGELINE
BANK / TRUST COMPANY
CHECKING DEPOSIT
One
5M SEP 09 2010
487.52
60102792    487.52
09/09/2010    $4,875.22

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING PAYROLL ACCOUNT
THE EVANGELINE BANK & TRUST CO.
ALEXANDRIA, LA 71303
1247
9/3/2010
PAY TO THE ORDER OF  Kenneth Cole Jr          $ **669.02
Six Hundred Sixty-Nine and 02/100
Kenneth Cole Jr
134 T-73 Lane
PO Box 1171 Bunkie
Hessmer, LA 71341
MEMO  Pay Period: 08/22/2010 - 08/28/2010
09/07/2010   1247   $669.02

THE EVANGELINE
BANK / TRUST COMPANY
CHECKING DEPOSIT
Robin Thibodeaux
BANK COPY
4,772.50 / 4,113.72    5,336.22
60102792
09/16/2010    $5,336.22

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING PAYROLL ACCOUNT
THE EVANGELINE BANK & TRUST CO.
ALEXANDRIA, LA 71303
1248
9/3/2010
PAY TO THE ORDER OF  Lance W. Carter          $ **320.53
Three Hundred Twenty and 53/100
Lance W. Carter
6936 Drobe Ln.
Alexandria, LA 71301
MEMO  Pay Period: 08/22/2010 - 08/28/2010
3M SEP 07 2010
09/07/2010   1248   $320.53

THE EVANGELINE
BANK / TRUST COMPANY
CHECKING DEPOSIT
Robin Trucking
BANK COPY
3,869.35
60102792
09/23/2010    $3,869.35

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING PAYROLL ACCOUNT
THE EVANGELINE BANK & TRUST CO.
ALEXANDRIA, LA 71303
1249
9/3/2010
PAY TO THE ORDER OF  Miguel Rodriguez          $ **532.85
Five Hundred Thirty-Two and 85/100
Miguel Rodriguez
1315 East Main St
Bridgeport, CT 06608
MEMO  Pay Period: 08/22/2010 - 08/28/2010
7M SEP 07 2010
09/07/2010   1249   $532.85

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING PAYROLL ACCOUNT
THE EVANGELINE BANK & TRUST CO.
ALEXANDRIA, LA 71303
1244
9/3/2010
PAY TO THE ORDER OF  Daryl S Vidrine          $ **829.56
Eight Hundred Twenty-Nine and 56/100
Daryl S Vidrine
105 Blackie Price Rd
Woodworth, LA 71485
MEMO  Pay Period: 08/22/2010 - 08/28/2010
09/03/2010   1244   $829.56

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING PAYROLL ACCOUNT
THE EVANGELINE BANK & TRUST CO.
ALEXANDRIA, LA 71303
1250
9/3/2010
PAY TO THE ORDER OF  Tam C. Guillory          $ **671.77
Six Hundred Seventy-One and 77/100
Tam C. Guillory
174 Lestar Rd
Glenmora, LA 71433
MEMO  Pay Period: 08/22/2010 - 08/28/2010
09/03/2010   1250   $671.77

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING PAYROLL ACCOUNT
THE EVANGELINE BANK & TRUST CO.
ALEXANDRIA, LA 71303
1245
9/3/2010
PAY TO THE ORDER OF  Donald J Alexander          $ **472.99
Four Hundred Seventy-Two and 99/100
Donald J Alexander
702 Petton St
Bunkie, LA 71322
MEMO  Pay Period: 08/22/2010 - 08/28/2010
09/07/2010   1245   $472.99

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DESTON HENDERSON CASE #10-80188
THE EVANGELINE BANK AND TRUST COMPANY
ALEXANDRIA, LA 71303
1251
9/10/2010
PAY TO THE ORDER OF  Charles E Melton III          $ **288.27
Two Hundred Eighty-Eight and 27/100
Charles E Melton III
17 Perry Road
Forest Hill, LA 71433
MEMO  Pay Period: 08/29/2010 - 09/04/2010
09/14/2010   1251   $288.27

| | |
|---|---|
| 1253 | 1259 |

**Check 1253**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
94-306-652

9/10/2010

PAY TO THE ORDER OF  Donald J Alexander        $ **446.36

Four Hundred Forty-Six and 36/100********************** DOLLARS

Donald J Alexander
702 Patton St
Bunkie, LA 71322

MEMO  Pay Period: 08/29/2010 - 09/04/2010

09/13/2010   1253   $446.36

**Check 1259**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
94-306-652

9/9/2010

PAY TO THE ORDER OF  Robin Thibodeaux        $ **750.00

Seven Hundred Fifty and 00/100********************** DOLLARS

Robin Thibodeaux
1676 Shirley Rd
Bunkie, LA 71322

MEMO

09/13/2010   1259   $750.00

**Check 1254**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
94-306-652

9/10/2010

PAY TO THE ORDER OF  Jose M Rodriguez Garcia        $ **913.41

Nine Hundred Thirteen and 41/100********************** DOLLARS

Jose M Rodriguez Garcia
478 Twin Bridges Rd
Apt 1409
Alexandria, LA 71303

MEMO  Pay Period: 08/29/2010 - 09/04/2010

09/13/2010   1254   $913.41

**Check 1260**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
94-306-652

9/16/2010

PAY TO THE ORDER OF  Daryl S Vidrine        $ **909.50

Nine Hundred Nine and 50/100********************** DOLLARS

Daryl S Vidrine
105 Blackie Price Rd
Woodworth, LA 71485

MEMO  Pay Period: 08/29/2010 - 09/04/2010

09/17/2010   1260   $909.50

**Check 1255**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
94-306-652

9/10/2010

PAY TO THE ORDER OF  Kenneth Cole Jr        $ **586.29

Five Hundred Eighty-Six and 29/100********************** DOLLARS

Kenneth Cole Jr
134 TJ'S Lane
PO Box 1171 Bunkie
Hessmer, LA 71341

MEMO  Pay Period: 08/29/2010 - 09/04/2010

09/13/2010   1255   $586.29

**Check 1261**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
94-306-652

9/17/2010

PAY TO THE ORDER OF  Charles E Melton III        $ **437.32

Four Hundred Thirty-Seven and 32/100********************** DOLLARS

Charles E Melton III
17 Perry Road
Forest Hill, LA 71433

MEMO  Pay Period: 09/05/2010 - 09/11/2010

09/20/2010   1261   $437.32

**Check 1256**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
94-306-652

9/10/2010

PAY TO THE ORDER OF  Lance W. Carter        $ **330.18

Three Hundred Thirty and 18/100********************** DOLLARS

Lance W. Carter
5936 Dixie Ln
Alexandria, LA 71301

MEMO  Pay Period: 08/29/2010 - 09/04/2010

09/10/2010   1256   $330.18

**Check 1262**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
94-306-652

9/17/2010

PAY TO THE ORDER OF  Daryl S Vidrine        $ **568.00

Five Hundred Sixty-Eight and 00/100********************** DOLLARS

Daryl S Vidrine
105 Blackie Price Rd
Woodworth, LA 71485

MEMO  Pay Period: 09/05/2010 - 09/11/2010

09/22/2010   1262   $568.00

**Check 1257**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
94-306-652

9/10/2010

PAY TO THE ORDER OF  Miguel Rodriguez        $ **633.80

Six Hundred Thirty-Three and 80/100********************** DOLLARS

Miguel Rodriguez
1315 East Main St
Bridgeport, CT 06608

MEMO  Pay Period: 08/29/2010 - 09/04/2010

09/13/2010   1257   $633.80

**Check 1263**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
94-306-652

9/17/2010

PAY TO THE ORDER OF  Donald J Alexander        $ **577.21

Five Hundred Seventy-Seven and 21/100********************** DOLLARS

Donald J Alexander
702 Patton St
Bunkie, LA 71322

MEMO  Pay Period: 09/05/2010 - 09/11/2010

09/20/2010   1263   $577.21

**Check 1258**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
94-306-652

9/10/2010

PAY TO THE ORDER OF  Tara C. Guillory        $ **490.13

Four Hundred Ninety and 13/100********************** DOLLARS

Tara C. Guillory
174 Lester Rd
Glenmora, LA 71433

MEMO  Pay Period: 08/29/2010 - 09/04/2010

09/10/2010   1258   $490.13

**Check 1264**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-2717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
94-306-652

9/17/2010

PAY TO THE ORDER OF  Jose M Rodriguez Garcia        $ **594.73

Five Hundred Ninety-Four and 73/100********************** DOLLARS

Jose M Rodriguez Garcia
478 Twin Bridges Rd
Apt 1409
Alexandria, LA 71303

MEMO  Pay Period: 09/05/2010 - 09/11/2010

09/20/2010   1264   $594.73

**Check 1265**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-230-652

9/17/2010

PAY TO THE ORDER OF  Kenneth Cole Jr          $ **636.13

Six Hundred Thirty-Six and 13/100**                    DOLLARS

Kenneth Cole Jr
134 TJ'S Lane
PO Box 1171 Bunkie
Hessmer, LA 71341

MEMO  Pay Period: 09/05/2010 - 09/11/2010

09/20/2010   1265   $636.13

---

**Check 1271**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-230-652

9/24/2010

PAY TO THE ORDER OF  Charles E Melton III       $ **471.95

Four Hundred Seventy-One and 95/100**                  DOLLARS

Charles E Melton III
17 Perry Road
Forest Hill, LA 71433

MEMO  Pay Period: 09/12/2010 - 09/18/2010

09/27/2010   1271   $471.95

---

**Check 1266**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

4M SEP 17 2010

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-230-652

9/17/2010

PAY TO THE ORDER OF  Lance W. Carter            $ **267.71

Two Hundred Sixty-Seven and 71/100**                   DOLLARS

Lance W. Carter
5938 Dixie Ln.
Alexandria, LA 71301

MEMO  Pay Period: 09/05/2010 - 09/11/2010

09/17/2010   1266   $267.71

---

**Check 1272**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-230-652

9/24/2010

PAY TO THE ORDER OF  Daryl S Vidrine            $ **751.48

Seven Hundred Fifty-One and 48/100**                   DOLLARS

Daryl S Vidrine
105 Blackie Price Rd
Woodworth, LA 71485

MEMO  Pay Period: 09/12/2010 - 09/18/2010

09/27/2010   1272   $751.48

---

**Check 1267**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

3M SEP 17 2010

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-230-652

9/17/2010

PAY TO THE ORDER OF  Miguel Rodriguez           $ **299.34

Two Hundred Ninety-Nine and 34/100**                   DOLLARS

Miguel Rodriguez
1315 East Main St
Bridgeport, CT 06608

MEMO  Pay Period: 09/05/2010 - 09/11/2010

09/17/2010   1267   $299.34

---

**Check 1273**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-230-652

9/24/2010

PAY TO THE ORDER OF  Donald J Alexander         $ **302.10

Three Hundred Two and 10/100**                         DOLLARS

Donald J Alexander
702 Pelton St
Bunkie, LA 71322

MEMO  Pay Period: 09/12/2010 - 09/18/2010

09/27/2010   1273   $302.10

---

**Check 1268**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-230-652

9/17/2010

PAY TO THE ORDER OF  Missael Sanchez            $ **567.18

Five Hundred Sixty-Seven and 18/100**                  DOLLARS

Missael Sanchez
478 Twin Bridge Rd
Apt 1409
Alexandria, LA 71303

MEMO  Pay Period: 09/05/2010 - 09/11/2010

09/20/2010   1268   $567.18

---

**Check 1274**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

3M SEP 27 2010

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-230-652

9/24/2010

PAY TO THE ORDER OF  Jose M Rodriguez Garcia    $ **726.23

Seven Hundred Twenty-Six and 23/100**                  DOLLARS

Jose M Rodriguez Garcia
478 Twin Bridges Rd
Apt 1409
Alexandria, LA 71303

MEMO  Pay Period: 09/12/2010 - 09/18/2010

09/27/2010   1274   $726.23

---

**Check 1269**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-230-652

9/17/2010

PAY TO THE ORDER OF  Tara C. Guillory           $ **472.85

Four Hundred Seventy-Two and 85/100**                  DOLLARS

Tara C. Guillory
174 Lester Rd
Glenmore, LA 71433

MEMO  Pay Period: 09/05/2010 - 09/11/2010

09/17/2010   1269   $472.85

---

**Check 1275**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-230-652

9/24/2010

PAY TO THE ORDER OF  Kenneth Cole Jr            $ **914.72

Nine Hundred Fourteen and 72/100**                     DOLLARS

Kenneth Cole Jr
134 TJ'S Lane
PO Box 1171 Bunkie
Hessmer, LA 71341

MEMO  Pay Period: 09/12/2010 - 09/18/2010

09/27/2010   1275   $914.72

---

**Check 1270**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-230-652

9/17/2010

PAY TO THE ORDER OF  Robin Thibodeaux           $ **750.00

Seven Hundred Fifty and 00/100**                       DOLLARS

Robin Thibodeaux
1676 Shirley Rd
Bunkie, LA 71322

MEMO

09/17/2010   1270   $750.00

---

**Check 1276**

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71346
(318) 449-3717

6A SEP 24 2010

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-230-652

9/24/2010

PAY TO THE ORDER OF  Lance W. Carter            $ **377.36

Three Hundred Seventy-Seven and 36/100**               DOLLARS

Lance W. Carter
5936 Dixie Ln.
Alexandria, LA 71301

MEMO  Pay Period: 09/12/2010 - 09/18/2010

09/24/2010   1276   $377.36

1277

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71348
(318) 449-3717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-856-856

9/24/2010

PAY TO THE
ORDER OF    Miguel Rodriguez                                    $ **467.80

Four Hundred Sixty-Seven and 80/100**********                        DOLLARS

Miguel Rodriguez
1315 East Main St
Bridgeport, CT 06608

MEMO    Pay Period: 09/12/2010 - 09/18/2010

09/27/2010    1277    $467.80

1278

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71348
(318) 449-3717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-856-856

9/24/2010

PAY TO THE
ORDER OF    Tara C. Guillory                                    $ **728.15

Seven Hundred Twenty-Eight and 15/100***********                      DOLLARS

Tara C. Guillory
174 Lester Rd
Glenmore, LA 71433

MEMO    Pay Period: 09/12/2010 - 09/18/2010

09/24/2010    1278    $728.15

1279

ROBIN L. THIBODEAUX JR.
DBA ROBIN THIBODEAUX TRUCKING
DEBTOR IN POSSESSION CASE #10-80188
8307 HIGHWAY 71 SOUTH
LECOMPTE, LA 71348
(318) 449-3717

THE EVANGELINE
BANK AND TRUST COMPANY
ALEXANDRIA, LA 71315
84-856-856

9/24/2010

PAY TO THE
ORDER OF    Robin Thibodeaux                                    $ **750.00

Seven Hundred Fifty and 00/100************                            DOLLARS

Robin Thibodeaux
1676 Shirley Rd
Bunkie, LA 71322

MEMO

09/24/2010    1279    $750.00

# Robin Thibodeaux Trucking, LLC
## Reconciliation Summary
### 1004 · Evangeline-Payroll, Period Ending 09/30/2010

|  | Sep 30, 10 |
|---|---|
| **Beginning Balance** | 69.55 |
| Cleared Transactions | |
| Checks and Payments - 38 items | -20,505.69 |
| Deposits and Credits - 8 items | 25,480.79 |
| **Total Cleared Transactions** | 4,975.10 |
| **Cleared Balance** | **5,044.65** |
| Uncleared Transactions | |
| Checks and Payments - 1 item | -750.00 |
| **Total Uncleared Transactions** | -750.00 |
| **Register Balance as of 09/30/2010** | **4,294.65** |
| New Transactions | |
| Checks and Payments - 9 items | -5,149.95 |
| **Total New Transactions** | -5,149.95 |
| **Ending Balance** | **-855.30** |

10-80188 - #115  File 10/14/10  Enter 10/14/10 09:32:57  Main Document  Pg 38 of 40

# Robin Thibodeaux Trucking, LLC
## Reconciliation Detail
### 1004 · Evangeline-Payroll, Period Ending 09/30/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 69.55 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 38 items** | | | | | | |
| Check | 9/2/2010 | EFT | Deluxe Checks | X | -96.69 | -96.69 |
| Paycheck | 9/3/2010 | 1246 | Jose M Rodriguez ... | X | -872.92 | -969.61 |
| Paycheck | 9/3/2010 | 1244 | Daryl S Vidrine | X | -829.56 | -1,799.17 |
| Paycheck | 9/3/2010 | 1250 | Tara C. Guillory | X | -671.77 | -2,470.94 |
| Paycheck | 9/3/2010 | 1247 | Kenneth Cole Jr | X | -669.02 | -3,139.96 |
| Paycheck | 9/3/2010 | 1249 | Miguel Rodriguez | X | -532.85 | -3,672.81 |
| Paycheck | 9/3/2010 | 1245 | Donald J Alexander | X | -472.99 | -4,145.80 |
| Paycheck | 9/3/2010 | 1248 | Lance W. Carter | X | -320.53 | -4,466.33 |
| Check | 9/9/2010 | 1259 | Robin Thibodeaux | X | -750.00 | -5,216.33 |
| Paycheck | 9/10/2010 | 1254 | Jose M Rodriguez ... | X | -913.41 | -6,129.74 |
| Paycheck | 9/10/2010 | 1257 | Miguel Rodriguez | X | -633.80 | -6,763.54 |
| Paycheck | 9/10/2010 | 1255 | Kenneth Cole Jr | X | -586.29 | -7,349.83 |
| Paycheck | 9/10/2010 | 1258 | Tara C. Guillory | X | -490.13 | -7,839.96 |
| Paycheck | 9/10/2010 | 1253 | Donald J Alexander | X | -446.36 | -8,286.32 |
| Paycheck | 9/10/2010 | 1256 | Lance W. Carter | X | -330.18 | -8,616.50 |
| Paycheck | 9/10/2010 | 1251 | Charles E Melton III | X | -288.27 | -8,904.77 |
| Check | 9/14/2010 | | Evangeline Bank an... | X | -25.00 | -8,929.77 |
| Paycheck | 9/16/2010 | 1260 | Daryl S Vidrine | X | -909.50 | -9,839.27 |
| Check | 9/17/2010 | 1270 | Robin Thibodeaux | X | -750.00 | -10,589.27 |
| Paycheck | 9/17/2010 | 1265 | Kenneth Cole Jr | X | -636.13 | -11,225.40 |
| Paycheck | 9/17/2010 | 1264 | Jose M Rodriguez ... | X | -594.73 | -11,820.13 |
| Paycheck | 9/17/2010 | 1263 | Donald J Alexander | X | -577.21 | -12,397.34 |
| Paycheck | 9/17/2010 | 1262 | Daryl S Vidrine | X | -568.00 | -12,965.34 |
| Paycheck | 9/17/2010 | 1268 | Misael Sanchez | X | -567.18 | -13,532.52 |
| Paycheck | 9/17/2010 | 1269 | Tara C. Guillory | X | -472.85 | -14,005.37 |
| Paycheck | 9/17/2010 | 1261 | Charles E Melton III | X | -437.32 | -14,442.69 |
| Paycheck | 9/17/2010 | 1267 | Miguel Rodriguez | X | -299.34 | -14,742.03 |
| Paycheck | 9/17/2010 | 1266 | Lance W. Carter | X | -267.71 | -15,009.74 |
| Paycheck | 9/24/2010 | 1275 | Kenneth Cole Jr | X | -914.72 | -15,924.46 |
| Paycheck | 9/24/2010 | 1272 | Daryl S Vidrine | X | -751.48 | -16,675.94 |
| Check | 9/24/2010 | 1279 | Robin Thibodeaux | X | -750.00 | -17,425.94 |
| Paycheck | 9/24/2010 | 1278 | Tara C. Guillory | X | -728.15 | -18,154.09 |
| Paycheck | 9/24/2010 | 1274 | Jose M Rodriguez ... | X | -726.23 | -18,880.32 |
| Paycheck | 9/24/2010 | 1271 | Charles E Melton III | X | -471.95 | -19,352.27 |
| Paycheck | 9/24/2010 | 1277 | Miguel Rodriguez | X | -467.80 | -19,820.07 |
| Paycheck | 9/24/2010 | 1276 | Lance W. Carter | X | -377.36 | -20,197.43 |
| Paycheck | 9/24/2010 | 1273 | Donald J Alexander | X | -302.10 | -20,499.53 |
| Check | 9/30/2010 | | | X | -6.16 | -20,505.69 |
| **Total Checks and Payments** | | | | | -20,505.69 | -20,505.69 |
| **Deposits and Credits - 8 items** | | | | | | |
| Deposit | 9/2/2010 | | | X | 4,500.00 | 4,500.00 |
| Deposit | 9/9/2010 | | | X | 4,875.22 | 9,375.22 |
| Paycheck | 9/10/2010 | 1252 | Daryl S Vidrine | X | 0.00 | 9,375.22 |
| Transfer | 9/16/2010 | | | X | 300.00 | 9,675.22 |
| Deposit | 9/16/2010 | | | X | 5,336.22 | 15,011.44 |
| Deposit | 9/23/2010 | | | X | 3,869.35 | 18,880.79 |
| Transfer | 9/24/2010 | | | X | 1,600.00 | 20,480.79 |
| Transfer | 9/30/2010 | | | X | 5,000.00 | 25,480.79 |
| **Total Deposits and Credits** | | | | | 25,480.79 | 25,480.79 |
| **Total Cleared Transactions** | | | | | 4,975.10 | 4,975.10 |
| **Cleared Balance** | | | | | 4,975.10 | 5,044.65 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 9/30/2010 | 1280 | Robin Thibodeaux | | -750.00 | -750.00 |
| **Total Checks and Payments** | | | | | -750.00 | -750.00 |
| **Total Uncleared Transactions** | | | | | -750.00 | -750.00 |
| **Register Balance as of 09/30/2010** | | | | | 4,225.10 | 4,294.65 |

# Robin Thibodeaux Trucking, LLC
## Reconciliation Detail
### 1004 · Evangeline-Payroll, Period Ending 09/30/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **New Transactions** | | | | | | |
| **Checks and Payments - 9 items** | | | | | | |
| Paycheck | 10/1/2010 | 1283 | Daryl S Vidrine | | -881.16 | -881.16 |
| Paycheck | 10/1/2010 | 1284 | Donald J Alexander | | -782.78 | -1,663.94 |
| Paycheck | 10/1/2010 | 1286 | Kenneth Cole Jr | | -753.49 | -2,417.43 |
| Paycheck | 10/1/2010 | 1285 | Jose M Rodriguez ... | | -631.89 | -3,049.32 |
| Paycheck | 10/1/2010 | 1281 | Charles E Melton III | | -512.98 | -3,562.30 |
| Paycheck | 10/1/2010 | 1289 | Tara C. Guillory | | -501.31 | -4,063.61 |
| Paycheck | 10/1/2010 | 1288 | Miguel Rodriguez | | -454.37 | -4,517.98 |
| Paycheck | 10/1/2010 | 1282 | Christopher L Neath... | | -320.07 | -4,838.05 |
| Paycheck | 10/1/2010 | 1287 | Lance W. Carter | | -311.90 | -5,149.95 |
| Total Checks and Payments | | | | | -5,149.95 | -5,149.95 |
| Total New Transactions | | | | | -5,149.95 | -5,149.95 |
| **Ending Balance** | | | | | **-924.85** | **-855.30** |